# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 19, 2006

129664

JACK LEONARD DARMER,
      Plaintiff-Appellee,

v

CITIZENS INSURANCE COMPANY,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129664
COA: 260479
Ingham CC: 03-001881-NI

_____/

On order of the Court, the application for leave to appeal the July 7, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 19, 2006

_____
Clerk

p0712